```
                                              USDS SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #:
UNITED STATES DISTRICT COURT                  DATE FILED: 7/21/10
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------x

THE BANK OF NEW YORK MELLON, as
ESCROW AGENT,
                                                    Civil Action No.:
                                                    09 CV 9381 (CM)
                        Plaintiff,

        - against -                                 **STIPULATION AND ORDER**

GPC HOLDINGS B.V., CITICORP INTERNATIONAL
FINANCE CORPORATION, LAT CAP II SPV (SPAIN)
S.L., INTERNATIONAL PACKAGING COMPANY
S.Á.R.L., and PARIBAS NORTH AMERICA, INC.,

                        Defendants.

------------------------------------------------x

WHEREAS, on November 12, 2009, The Bank of New York Mellon, as Escrow Agent ("BoNY") commenced the above-captioned interpleader action against Defendants, GPC Holdings B.V. ("GPC"), Citicorp International Finance Corporation ("CIFC"), Lat Cap II SPV (Spain) S.L. ("Lat Cap"), Paribas North America, Inc. ("Paribas"), and International Packaging Company S.á.r.l. ("IPC," and collectively with GPC, CIFC, Lat Cap, and Paribas, the "Parties") (the "Action"), which is pending in this Court;

WHEREAS, by order of this Court, BoNY deposited the sum of $8,744,222.72 into the Registry of this Court, the Clerk's office deposited the sum of $8,744,222.72 into the Court Registry Investment System, Interest Bearing Account (the "Stake"); and the Clerk deducted from the income a fee equal to ten percent (10%) of the income earned;

WHEREAS, on January 21, 2010, this Court so ordered that CIFC, Lat Cap, Paribas, and IPC shall receive $2,532,282.72 of the $8,744,222.72 according to their pro rata fractions

defined in Schedule II, Part II of the Escrow Agreement, dated December 7, 2007, entered into by and among CIFC, Lat Cap, IPC, Paribas, GPC and The Bank of New York ("BoNY") as escrow agent (the "Escrow Agreement"), and on February 5, 2010, that amount was distributed to CIFC, Lat Cap, Paribas, and IPC;

WHEREAS, on March 5, 2010 CIFC, Lat Cap, and Paribas filed an Answer to Interpleader Complaint and Crossclaim against GPC; IPC filed an Answer to Interpleader Complaint and Affirmative Claim to Interpleader Funds; and GPC filed an Answer to Interpleader Complaint, Statement of Claim and Crossclaim against IPC, CIFC, Lat Cap, and Paribas;

WHEREAS, on May 17, 2010, BoNY was discharged from this Action with prejudice;

WHEREAS, as of the date hereof, $6,190,312.14 remains in the Stake;

WHEREAS, the Parties have agreed to settle and dismiss the Action with prejudice pursuant to a Confidential Settlement Agreement and Release dated July 15, 2010 (the "Settlement");

NOW, THEREFORE, it is hereby stipulated and agreed, by and between the undersigned counsel for the Parties that pursuant to the Settlement, GPC shall receive $2,300,000.00 from the Stake and CIFC, Lat Cap, Paribas, and IPC shall receive the remainder of the Stake as per agreement amongst themselves. As such, the Clerk shall distribute the remainder of the Stake as follows: the sum of $2,300,000.00 by check made payable to Molo Lamken IOLA Attorney Trust Account for GPC Holdings, B.V. and delivered to Molo Lamken, LLP, 540 Madison Avenue, 25th Floor, New York, New York 10022; the sum of $2,141,587.46 by check made payable to Citicorp International Finance Corporation and delivered to Citicorp International Finance Corporation, 399 Park Avenue, 14th Floor, New York, NY 10022; the sum

of $858,319.52 by check made payable to Lat Cap II SPV V (SPAIN) S.L. and delivered to Lat Cap II SPV V (SPAIN) S.L., c/o Bassini Playfair Advisors Inc., 150 East 52nd Street, 26th Floor, New York, NY 10022; the sum of $214,579.84 by check made payable to Paribas North America, Inc. and delivered to Paribas North America, Inc., 787 7th Avenue, New York, NY 10019, Attn: Valery Mindin, 27th Floor; and the sum of $675,926.56 (representing IPC's settlement share of the Stake) by check made payable to Scenic Limited and delivered to Scenic Limited, Attn: Gino Pacini, 701 Brickell Avenue, Suite 2010, Miami, FL 33131.

IT IS FURTHER STIPULATED AND AGREED that

(1)   All claims, crossclaims, and affirmative defenses raised in the Action, including any and all claims any Party may have to the funds from the Holdback Fund as defined in Section 1.03 of the SPA, shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and that each of the parties shall bear its own costs and expenses, including attorneys' fees;

(2)   Nothing contained in this Stipulation and Order shall be construed to prevent the Parties from raising any affirmative defense in any litigation commenced subsequent to the dismissal of this Action (other than as may be precluded by the Settlement);

(4)   This Stipulation and Order may be signed in counterparts;

(5)   Facsimile and scanned signatures of this Stipulation and Order shall have the same force and effect as original signatures; and

(5)   The Court will retain jurisdiction over this case until the Clerk distributes the Stake as described herein.

Dated: July 15, 2010
       New York, New York

**MOLOLAMKEN LLP**

By: _____
Steven F. Molo (SM-1818)
smolo@mololamken.com
Nicole J. Coward (NC-1751)
ncoward@mololamken.com
540 Madison Avenue
New York, New York 10022
Phone: (212) 607-8170
Fax: (212) 607-8161
*Attorneys for Defendant GPC Holdings, B.V.*

**WEINSTEIN & MAZUREK PLLC**

By: _____
Andrew J. Weinstein
ajw@weinsteinmazurek.com
521 Fifth Avenue, Suite 3300
New York, NY 10175
Phone: (212) 582-8900
Fax: (212) 582-8989
*Attorneys for Defendant International Packaging Company, Inc..*

**COHEN & GRESSER LLP**

By: _____
Mark S. Cohen
mcohen@cohengresser.com
Daniel H. Tabak
dtabak@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Fax: (212) 957-4514
*Attorneys for Defendants Citicorp International Finance Corporation, Lui Cap II SPV (Spain) S.L., and Paribas North America, Inc.*

IT IS SO ORDERED:

_____
HON. COLLEEN McMAHON

Dated:

7-21-2010

MOLOLAMKEN LLP

By: _/s/ Steven F. Molo/ljz_
Steven F. Molo (SM-1818)
smolo@mololamken.com
Nicole J. Coward (NC-1751)
ncoward@mololamken.com
540 Madison Avenue
New York, New York 10022
Phone: (212) 607-8170
Fax: (212) 607-8161
*Attorneys for Defendant GPC Holdings, B.V.*

COHEN & GRESSER LLP

By: _/s/ Mark S. Cohen_
Mark S. Cohen
mcohen@cohengresser.com
Daniel H. Tabak
dtabak@cohengresser.com
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 957-7600
Fax: (212) 957-4514
*Attorneys for Defendants Citicorp International Finance Corporation, Lai Cap II SPV (Spain) S.L., and Paribas North America, Inc.*

WEINSTEIN & MAZUREK PLLC

By: _____
Andrew J. Weinstein
ajw@weinsteinmazurek.com
521 Fifth Avenue, Suite 3300
New York, NY 10175
Phone: (212) 582-8900
Fax: (212) 582-8989
*Attorneys for Defendant International Packaging Company, Inc.*

IT IS SO ORDERED:

_____                    Dated:
HON. COLLEEN McMAHON